1   LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
    J. WILLIAM EBERT, ESQ.
2   Nevada Bar No. 2697
    H. SUNNY JEONG, ESQ.
3   Nevada Bar No. 12981
    9900 Covington Cross Drive, Suite 120
4   Las Vegas, Nevada 89144
    (702) 382-1500 - Telephone
5   (702) 382-1512 - Facsimile
    jgarin@lipsonneilson.com
6   bebert@lipsonneilson.com
    sjeong@lipsonneilson.com
7   *Attorneys for Woodcrest Homeowners Association*

8

9                      **UNITED STATES DISTRICT COURT**

10                          **DISTRICT OF NEVADA**

11   BANK OF AMERICA, N.A.,          |   CASE NO.: 2:15-cv-01193-MMD-GWF

12                  Plaintiff,

13   vs.

14   WOODCREST HOMEOWNERS
     ASSOCIATION, LAS VEGAS
15   DEVELOPMENT GROUP, LLC; DOE
     INDIVIDUALS I-X, inclusive, and ROE
16   CORPORATIONS I-X, inclusive,

17                  Defendants.

18

19

20                    **STIPULATION AND ORDER FOR**
                 **EXTENSION OF TIME TO RESPOND TO COMPLAINT**
21          **(First Request – First Stipulation and Order For Extension was Denied)**

22          Defendant WOODCREST HOMEOWNERS ASSOCIATION ("HOA") and Plaintiff

23   BANK OF AMERICA, N.A. ("BANA"), by and through their respective counsel of record,

24   stipulate, agree, and jointly request this Court to retrospectively allow for an extension of

25   time for the HOA to respond to BANA's Complaint (Document No. 1) by November 5,

26   2015.

27          The parties would like to note that the parties' first proposed Stipulation and

28   Order For Extension of Time to Respond to Complaint (First Request) (Document No.

**Lipson, Neilson, Cole, Seltzer & Garin, P.C.**
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500  FAX: (702) 382-1512

13) has been denied by this Court for lack of reasons as to why Document No. 13 was filed after the response due date already had passed.

Per this Court's instruction, the parties provide the reasons as follows:

1.      The Complaint (Document No. 1) was filed on June 23, 2015. Affidavit of Service on the HOA (Document No. 7) was filed on July 8, 2015, indicating service date of June 24, 2015. The HOA originally had until July 14, 2015 to respond to the Complaint.

2.      The law firm of Lipson, Neilson, Cole, Seltzer & Garin, P.C. ("Firm") was retained to represent the HOA in late September of 2015, after the response due date was passed.

3.      The Firm promptly contacted Plaintiff's counsel Eric S. Powers, Esq. of Akerman, LLP on October 9, 2015 requesting for a stipulation to extend time for the HOA to respond to the Complaint.

4.      On October 30, 2015, Mr. Powers stipulated.

5.      There was further delay in filing Document No. 13 because there was confusion with there being another matter in the Firm with the same HOA and the same bank, implicating another property on the same street.

6.      Furthermore pursuant to Local Rule 6-1(b), the parties state the reason for the filing Document No. 13 was that the HOA required more time to evaluate and to respond to Document No. 1. The parties entered into the agreement in good faith and not for purposes of delay. Document No. 13 was the parties' way of accommodating one another given the overall increase in litigation in this area of law.

///
///
///
///
///

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512

1

Dated: 11/12/15                                    Dated: 11/12/15

2

3       LIPSON, NEILSON, COLE, SELTZER          AKERMAN LLP
        & GARIN, P.C.
                                                                            8276
4

5       By: X. Sm m                             By
            J. WILLIAM EBERT, ESQ.                 DARREN T. BRENNER, ESQ.
6           Nevada Bar No. 2697                    Nevada Bar No. 8386
            H. SUNNY JEONG, ESQ.                   ERIC S. POWERS, ESQ.
7           Nevada Bar No. 12981                   Nevada Bar No. 12850
            9900 Covington Cross Drive            1160 Town Center Drive, Suite 330
8           Suite 120                              Las Vegas, NV 89144
            Las Vegas, Nevada 89144               (702) 634-5001 – Telephone
9           (702) 382-1500 – Telephone            (702) 380-8572 – Facsimile
            (702) 382-1512 – Facsimile            darren.brenner@akerman.com
10          bebert@lipsonneilson.com              eric.powers@akerman.com
11          sjeong@lipsonneilson.com              *Attorneys for Plaintiff*
            *Attorneys for Woodcrest Homeowners*  *Bank of America, N.A.*
12          *Association*

13

14      / / /

15      / / /

16      / / /

17      / / /

18      / / /

19      / / /

20      / / /

21      / / /

22      / / /

23      / / /

24      / / /

25      / / /

26      / / /

27      / / /

28

BANK OF AMERICA, N.A. v. WOODCREST HOMEOWNERS ASSOCIATION
CASE NO.  2:15-cv-01193-MMD-GWF

### ORDER

Based on the foregoing stipulation of the parties,

IT IS SO ORDERED.

DATED: _____November 12_____, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada  89144
(702) 382-1500  FAX: (702) 382-1512

**CERTIFICATE OF SERVICE**

I hereby certify that on the ___12th___ day of November, 2015, service of the foregoing STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (First Request – First Stipulation and Order For Extension was Denied) was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to all interested parties.

Darren T. Brenner, Esq.
Eric S. Powers, Esq.
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Tel: 702-634-5000
Fax: 702-380-8572
darren.brenner@akerman.com
eric.powers@akerman.com

Roger P. Croteau, Esq.
Timothy Rhoda, Esq.
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, NV 89148
Tel: 702/254-7775
Fax: 702/228-7719
croteaulaw@croteaulaw.com

Employee of
LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.