1  DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
2  ERIC S. POWERS, ESQ.
Nevada Bar No. 12850
3  AKERMAN LLP
1160 Town Center Drive, Suite 330
4  Las Vegas, Nevada  89144
Telephone:   (702) 634-5000
5  Facsimile:   (702) 380-8572
Email: darren.brenner@akerman.com
6  Email: eric.powers@akerman.com

7  *Attorneys for Plaintiff Bank of America, N.A.*

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE DISTRICT OF NEVADA**

| 10 BANK OF AMERICA, N.A. | Case No.: 2:15-cv-01193-MMD-GWF |
|---|---|
| 11                       Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR BANK OF AMERICA, N.A.'S TO FILE A RESPONSE TO WOODCREST HOMEOWNERS ASSOCIATION'S MOTION TO DISMISS OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT** |
| 12 v. | |
| 13 WOODCREST HOMEOWNERS ASSOCIATION; LAS VEGAS DEVELOPMENT GROUP, LLC; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, | |
| 16                       Defendants. | |

18  The parties respectfully submit the following Stipulation to allow plaintiff Bank of America,

19  N.A. (**BANA**) fourteen additional days from November 23, 2015 to file its Response to defendant

20  Woodcrest Homeowners Association's (**Woodcrest**) Motion to Dismiss or in the Alternative,

21  Summary Judgment (**motion**) (Dkt. No. 14).  Woodcrest filed its motion on November 5, 2015, and

22  BANA's response was due November 23, 2015. (*See* Dkt. No. 14.)  Pursuant to Stipulation of the

23  parties, BANA shall have until December 7, 2015 to file a responsive pleading. Woodcrest shall

24  have until December 21, 2015 to file its reply.

25

26  . . .

27  . . .

28

1    The parties enter into this Stipulation in order to address current time constraints on
2 plaintiff's counsel.  This is the parties' first request for an extension.
3    DATED this 23rd day of November, 2015.

**LIPSON, NEILSON, COLE, SELTZER, GARIN, P.C.**

/s/ *J. William Ebert, Esq.*
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
H. SUNNY JEONG, ESQ.
Nevada Bar No. 12981
9900 Covington Cross Drive, Suite 120
Las Vegas, NV  89144

*Attorneys for Defendant Woodcrest Homeowners Association*

**AKERMAN LLP**

/s/ *Eric S. Powers, Esq.*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
ERIC S. POWERS
Nevada Bar No. 12850
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Plaintiff Bank of America, N.A.*

IT IS SO ORDERED:

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED:   November 24, 2015