DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> WOODCREST HOMEOWNERS ASSOCIATION; LAS VEGAS DEVELOPMENT GROUP, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | Case No.: 2:15-cv-01193-MMD-GWF <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** <br><br> **(FIRST REQUEST)** |

Plaintiff Bank of America, N.A. (**BANA**) and defendants Woodcrest Homeowners Association (**Woodcrest**) and Las Vegas Development Group (**LVDG**) stipulate and agree as follows:

1. On October 30, 2017, BANA filed a Motion for Partial Summary Judgment (motion). [ECF #49.] Defendants' responses were due on November 20, 2017.

2. Woodcrest filed its opposition to the motion on November 20, 2017. [ECF #51.] The Court set BANA's deadline to file a reply to Woodcrest's opposition as December 4, 2017.

3. On November 21, 2017, the Court granted a stipulation for extension of time entered into between BANA and LVDG allowing LVDG to file its response to the motion by December 8, 2017. [ECF #52.]

1

43476069;1

4. Based on the foregoing, the parties agree BANA shall have until December 22, 2017 to file a reply to the oppositions of both Woodcrest and LVDG.

5. This is BANA's first request for an extension of this deadline and is not being made for the purpose of delay. The parties request the additional time so BANA may file a reply to both oppositions in a coordinated manner and to save judicial resources.

Dated this 29th day of November, 2017

| **AKERMAN LLP** | **LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.** |
|---|---|
| */s/ Jamie K. Combs* | */s/ David A. Markman* |
| DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>Telephone: (702) 634-5000<br>Facsimile: (702) 380-8572<br>Email: darren.brenner@akerman.com<br>Email: jamie.combs@akerman.com<br>*Attorneys for Plaintiff* | J. WILLIAM EBERT, ESQ.<br>Nevada Bar No. 2697<br>DAVID A. MARKMAN, ESQ.<br>Nevada Bar No. 12440<br>990 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>Telephone: (702) 382-1500<br>Facsimile: (702) 382-1512<br>Email: bebert@lipsonneilson.com<br>Email: dmarkman@lipsonneilson.com<br>*Attorneys for Woodcrest Homeowners Association* |
| **ROGER P. CROTEAU & ASSOCIATES, LTD.**<br><br>*/s/ Timothy E. Rhoda*<br>ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>9120 West Post Road, Suite 100<br>Las Vegas, Nevada 89148<br>Telephone: (702) 254-7775=<br>Facsimile: (702) 228-7719<br>Email: croteaulaw@croteaulaw.com<br>*Attorneys for Thunder Properties, Inc. and LVDG, LLC Series 141* | |

**ORDER**

IT IS SO ORDERED: _____

**UNITED STATES DISTRICT JUDGE**

**DATED:** November 29, 2017

2

43476069;1