LIPSON NEILSON, P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
KAREN KAO, ESQ.
Nevada Bar No. 14386
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
bebert@lipsonneilson.com
kkao@lipsonneilson.com

*Attorneys for Woodcrest Homeowners Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>WOODCREST HOMEOWNERS ASSOCIATION, LAS VEGAS DEVELOPMENT GROUP, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-01193-MMD-GWF<br><br>**WOODCREST HOMEOWNERS ASSOCIATION'S MOTION TO REMOVE ATTORNEY DAVID A. MARKMAN FROM THE ELECTRONIC SERVICE LIST** |

Defendant, WOODCREST HOMEOWNERS ASSOCIATION ("Woodcrest") by and through its counsel of record, LIPSON NEILSON, P.C., hereby provides notice that attorney David A. Markman, Esq., is no longer an associate with the law firm of Lipson Neilson, P.C.

LIPSON NEILSON, P.C., continues to serve as counsel for Woodcrest in this action, therefore no parties are prejudiced by this withdrawal. The undersigned respectfully requests the court remove David A. Markman, Esq., from the electronic service list in this

action. All future correspondence, papers, and future notices should continue to be directed to J. William Ebert, Esq., and Julie A. Funai, Esq.

DATED this 25th day of July, 2018.

LIPSON NEILSON, P.C.

By: /s/ Karen Kao
J. William Ebert, Esq. (Bar No. 2697)
Karen Kao, Esq. (Bar No. 14386)
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144

*Attorneys for Woodcrest Homeowners Association*

**COURT APPROVAL**

**IT IS SO ORDERED:**

**DATED:** July 26, 2018

_____
**UNITED STATES MAGISTRATE JUDGE**