DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Ste. 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> WOODCREST HOMEOWNERS ASSOCIATION; LAS VEGAS DEVELOPMENT GROUP, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | Case No.: 2:15-cv-01193-MMD-GWF <br><br> **STIPULATION AND ORDER TO SUBSTITUTE REAL PARTY IN INTEREST** |

Plaintiff Bank of America, N.A. (**BANA**), defendants Woodcrest Homeowners Association (**Woodcrest**) and Las Vegas Development Group, LLC (**LVDG**) hereby stipulate and agree as follows:

1. LVDG purchased the real property located at 6600 Pleasant Plains Way, Las Vegas, Nevada 89108 (the **property**) at an HOA foreclosure sale on February 15, 2011.

2. On December 16, 2016, LVDG granted the property to Airmotive Investments, LLC

3. LVDG no longer has a current interest in the real property that is the subject matter of this lawsuit. The interest has been granted to Airmotive Investments, LLC. A copy of the grant deed is attached hereto as **Exhibit A**.

/ / /

46281287;1

**IT IS HEREBY STIPULATED AND AGREED** between the parties, that Airmotive Investments, LLC will be substituted in for LVDG as the real party in interest as a defendant in this matter. Airmotive Investments, LLC adopts and asserts all of the claims and defenses previously asserted by LVDG and LVDG's role in this matter will be terminated.

The caption in this matter shall be changed accordingly.

This the 12th day of September, 2018.                This the 12th day of September, 2018.

**AKERMAN LLP**                                      **ROGER P. CROTEAU & ASSOCIATES, LTD.**

*/s/ Jamie K. Combs*                                  */s/ Timothy Rhoda*
DARREN T. BRENNER, ESQ.                               TIMOTHY RHODA, ESQ.
Nevada Bar No. 8386                                   Nevada Bar No. 7878
JAMIE K. COMBS, ESQ.                                  ROGER P. CROTEAU, ESQ.
Nevada Bar No. 13088                                  Nevada Bar No. 4958
1635 Village Center Circle, Suite 200                 9120 West Post Road, Suite 100
Las Vegas, Nevada 89134                               Las Vegas, Nevada 89148

*Attorneys for plaintiff, Bank of America, N.A.*     *Attorneys for defendant, Las Vegas Development Group, LLC and Airmotive Investments, LLC*

## ORDER

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: September 13, 2018

2

46281287;1

**Exhibit A**

Inst #: 20170105-0002760
Fees: $19.00 N/C Fee: $0.00
RPTT: $0.00 Ex: #001
01/05/2017 02:38:06 PM
Receipt #: 2975139
Requestor:
LAS VEGAS DEVELOPMENT GROU
Recorded By: DXI  Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER

THIS SPACE PROVIDED FOR RECORDER'S USE ONLY:

PARCEL NUMBER: 138-11-210-015
WHEN RECORDED RETURN TO:
Airmotive Investments, LLC
6360 E Sahara Ave
Las Vegas, Nevada, 89142

## GRANT DEED

THE GRANTOR(S),

- Las Vegas Development Group, LLC, Jon Jentz, Managing Member,

for and in consideration of: One Dollar ($1.00) and other good and valuable consideration grants

to the GRANTEE(S):

- AIRMOTIVE INVESTMENTS, LLC, JON JENTZ, MANAGING MEMBER, 6360 E SAHARA AVE, LAS VEGAS, Clark County, Nevada, 89142,

the following described real estate, situated in Henderson, in the County of Clark, State of Nevada:

(LEGAL DESCRIPTION): shown on the Subdivision map recorded in Book No. 30 Page(s) 82 inclusive, of Maps of the County of Clark, State of Nevada; see Exhibit A.

Description is as it appears in Document No. 201102170000328, Official Records, Clark County, Nevada.

Property address: 6600 Pleasant Plains Way, Las Vegas, NV 89108.

Subject to existing taxes, assessments, liens, encumbrances, covenants, conditions, restrictions, rights of way and easements of record the grantor hereby covenants with the Grantee(s) that Grantor is lawfully seized in fee simple of the above granted premises and has good right to sell and convey the same.

Tax Parcel Number: 138-11-210-015

Mail Tax Statements To:
AIRMOTIVE INVESTMENTS, LLC
6360 E SAHARA AVE
LAS VEGAS, Nevada 89162

**Grantor Signatures:**

DATED: _December 16, 2016_

_____
Jon Jentz, Managing Member, on behalf of
Las Vegas Development Group, LLC
6360 E Sahara Ave
Las Vegas, Nevada, 89142

STATE OF ~~NEVADA~~ _San Diego_ California, COUNTY OF ~~CLARK~~ _San Diego_, ss:

This instrument was acknowledged before me on this _16th_ day of _December_, _2016_ by Jon Jentz, Managing Member, on behalf of Las Vegas Development Group, LLC.

_Hope Rose_
Notary Public
Signature of person taking acknowledgment

_Notary Public_
Title (and Rank)

[Notary Seal: HOPE ROSE, Comm. # 2060866, NOTARY PUBLIC - CALIFORNIA, SAN DIEGO COUNTY, My Comm. Exp. Mar. 13, 2018]

My commission expires _3-13-2018_

EXHIBIT "A"

THE LAND REFERRED TO IN THIS REPORT IS SITUATED IN THE STATE OF NEVADA, COUNTY OF CLARK, CITY OF LAS VEGAS, AND DESCRIBED AS FOLLOWS:

LOT FIFTEEN (15) IN BLOCK TEN (10) OF WOODCREST UNIT NO. 3, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 30 OF PLATS, PAGE 82, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

138-11-210-015



STATE OF NEVADA
DECLARATION OF VALUE

1. Assessor Parcel Number(s)
   a) 138-11-210-015
   b) _____
   c) _____
   d) _____

2. Type of Property:
   a) [ ] Vacant Land   b) [✓] Single Fam. Res.
   c) [ ] Condo/Twnhse  d) [ ] 2-4 Plex
   e) [ ] Apt. Bldg     f) [ ] Comm'l/Ind'l
   g) [ ] Agricultural  h) [ ] Mobile Home
   i) [ ] Other _____

   FOR RECORDERS OPTIONAL USE ONLY
   BOOK_____ PAGE_____
   DATE OF RECORDING:_____
   NOTES:_____

3. Total Value/Sales Price of Property:           $ 1.00
   Deed in Lieu of Foreclosure Only (value of property)  (_____)
   Transfer Tax Value:                             $_____
   Real Property Transfer Tax Due:                 $_____

4. If Exemption Claimed:
   a. Transfer Tax Exemption per NRS 375.090, Section # 01
   b. Explain Reason for Exemption: Transfer between affiliated business entities with identical common ownership

5. Partial Interest: Percentage being transferred: 100 %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month.

**Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.**

Signature _____  Capacity  Managing Member
Signature _____  Capacity  Managing Member

SELLER (GRANTOR) INFORMATION           BUYER (GRANTEE) INFORMATION
(REQUIRED)                              (REQUIRED)

Print Name: Las Vegas Development Group, LLC   Print Name: Airmotive Investments, LLC
Address: 6360 E Sahara Ave              Address: 6360 E Sahara Ave
City: Las Vegas                         City: Las Vegas
State: NV     Zip: 89142                State: NV     Zip: 89142

COMPANY/PERSON REQUESTING RECORDING
(required if not the seller or buyer)
Print Name:_____  Escrow #_____
Address:_____
City:_____  State:_____  Zip:_____

(AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED)