ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**AIRMOTIVE INVESTMENTS, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> WOODCREST HOMEOWNERS ASSOCIATION; AIRMOTIVE INVESTMENTS, LLC; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | Case No. 2:15-cv-01193-MMD-GWF |

**STIPULATION AND ORDER TO AMEND BRIEFING SCHEDULES**

COMES NOW Defendants, AIRMOTIVE INVESTMENTS, LLC (*"Airmotive"*) and WOODCREST HOMEOWNERS ASSOCIATION (*"HOA"*), and Plaintiff, BANK OF AMERICA, N.A. (*"BANA"*), by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On November 7, 2018, Airmotive filed a Motion for Summary Judgment herein [ECF #74]. BANA filed its Response to said Motion on November 28, 2018 [ECF #80]. A Reply is presently due on December 12, 2018.

2. On November 12, 2018, BANA filed a Renewed Motion for Partial Summary Judgment herein [ECF #76]. Responses to said Motion are presently due on

December 3, 2018.

3. On November 13, 2018, HOA filed a Motion for Summary Judgment herein [ECF #77]. Responses to said Motion are presently due on December 4, 2018.

4. Counsel for the parties have agreed to amend the briefing schedule related to the various Motions by making Airmotive's Reply to BANA's Opposition to Motion for Summary Judgment, as well as the Oppositions to BANA's Renewed Motion for Partial Summary Judgment and the HOA's Motion for Summary Judgment due on December 12, 2018.

5. This Stipulation is made in good faith and not for purpose of delay.

Dated this   3rd   day of December, 2018.

ROGER P. CROTEAU & ASSOCIATES, LTD.

/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
tim@croteaulaw.com
*Attorney for Defendant*
*Airmotive Investments, LLC*

AKERMAN LLP

/s/ *Jamie K. Combs*
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
702-634-5000
702-380-8572 (fax)
jamie.combs@akerman.com
*Attorney for Plaintiff*
*Bank of America, N.A.*

LIPSON NEILSON COLE SELTZER & GARIN, P.C.

/s/ *Karen Kao*
KAREN KAO, ESQ.
Nevada Bar No. 14386
9900 Covington Cross Drive
Suite 120
Las Vegas, NV 89144
702-382-1500
702-382-1512 (fax)
NVECF@lipsonneilson.com
kkao@lipsonneilson.com
*Attorney for Defendant*
*Woodcrest Homeowners Association*

**IT IS SO ORDERED.**

By: _____
    Judge, U.S. District Court

Dated: December 3, 2018

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___3rd___ day of December, 2018, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO AMEND BRIEFING SCHEDULES** to the following parties:

Darren T Brenner
Akerman LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
702-634-5000
702-380-8572 (fax)
darren.brenner@akerman.com
*Attorney for Plaintiff*
*Bank of America, N.A.*

Jamie K Combs
Akerman LLP
1160 Town Center Drive
Suite 330
Las Vegas, NV 89144
702-634-5007
702-380-8572 (fax)
jamie.combs@akerman.com
*Attorney for Plaintiff*
*Bank of America, N.A.*

Donna M. Wittig
Akerman LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
(702) 634-5000
donna.wittig@akerman.com
*Attorney for Plaintiff*
*Bank of America, N.A.*

J. William Ebert
Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Dr.
Suite 120
Las Vegas, NV 89144
702-382-1500
702-382-1512 (fax)
bebert@lipsonneilson.com
*Attorney for Defendant*
*Woodcrest Homeowners Association*

Joseph P Garin
Lipson Neilson Cole Seltzer & Garin, P.C.
9900 Covington Cross Drive
Suite 120
Las Vegas, NV 89144
702-382-1500
702-382-1512 (fax)
NVECF@lipsonneilson.com
*Attorney for Defendant*
*Woodcrest Homeowners Association*

David A Markman
Lipson Neilson Cole Seltzer Garin
9900 Covington Cross Dr.
Suite 120
Las Vegas, NV 89144
7023821500
7023821512 (fax)
dmarkman@lipsonneilson.com
*Attorney for Defendant*
*Woodcrest Homeowners Association*

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.