ARIEL E. STERN, ESQ.
Nevada Bar No. 8216
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> WOODCREST HOMEOWNERS ASSOCIATION; AIRMOTIVE INVESTMENTS, LLC; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | Case No.: 2:15-cv-01193-MMD-GWF <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO REPLY SUPPORTING MOTIONS FOR SUMMARY JUDGMENT [ECF NOS. 76 and 77]** <br><br> **[FIRST REQUEST]** |

Plaintiff Bank of America, N.A. (**BANA**) and defendants Woodcrest Homeowners Association and Airmotive Investments, LLC respectfully submit the following stipulation to allow BANA fourteen additional days to reply its motion for summary judgment, ECF Nos. 76.

BANA filed its motion for partial summary judgment on November 12, 2018. (ECF No. 76.) Woodcrest and Airmotive both filed their oppositions on December 12, 2018. (ECF Nos. 84, 85.) BANA's reply is due December 26, 2018.

The parties stipulate to extending BANA's reply deadline fourteen days, to **January 9, 2019**, to allow additional time to prepare the briefing in light of the intervening holidays. This is the first request to extend reply briefing deadlines.

. . .

. . .

47279502;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

This stipulation is not made to case delay or prejudice to any party.

This the 19th day of December, 2018.

**AKERMAN LLP**

 */s/ Jamie K. Combs*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff Bank of America, N.A.*

This the 19th day of December, 2018.

**LIPSON NEILSON P.C.**

 */s/ Karen Kao*
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
KAREN KAO, ESQ.
Nevada Bar No. 14386
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for defendant Woodcrest Homeowners Association*

This the 19th day of December, 2018.

**ROGER P. CROTEAU & ASSOCIATES, LTD.**

 */s/ Timothy E. Rhoda*
ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148

*Attorneys for defendant Airmotive Investments, LLC*

## ORDER

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: December 20, 2019

2

47279502;1